```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                           :
SEEMA GULATI,                                       :
                                                                           :
                                          Plaintiff,    :           1:23-cv-3308-GHW
                                                                           :
                     -v –                                                     :           <u>ORDER</u>
NOVOCURE INC.,                             :
                                            Defendant.    :
                                                                           :
-------------------------------------------------------------- :
                                                                             X

GREGORY H. WOODS, United States District Judge:

     As stated on the record during the conference held on April 29, 2024, Defendant's motion for summary judgment is due no later than May 20, 2024.  Plaintiff's opposition is due within four weeks of the date of service of Defendant's motion.  Defendant's reply, if any, is due within two weeks of the date of service of Plaintiff's opposition.

     SO ORDERED.

Dated: April 29, 2024

                                                                                                                             _____
                                                                                                                         GREGORY H. WOODS
                                                                                         United States District Judge