

299 Broadway
17th Floor
New York, New York 10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025
```

February 12, 2025

**MEMORANDUM ENDORSED**

By ECF:
Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

                Re: Gulati v. Novocure Inc. 23-CV-3308 (GHW)

Dear Your Honor,

My firm, along with Alex Rissmiller, Esq., represents Plaintiff Seema Gulati (hereinafter "Plaintiff") in this action. In that capacity, I write, with the consent of Defendant Novocure Inc.'s (hereinafter "Defendant") counsel, Robert Lucic, Esq., to respectfully request a 30-day extension of time from March 4, 2025 until April 3, 2025 to submit the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, a proposed brief, mutually acceptable description of the case, to be read to the venire, and a proposed brief, mutually acceptable overview of the applicable law to be read to the jury as part of the Court's initial instructions prior to opening statements. No other deadlines will be impacted by this request.

By way of background, the Court scheduled this matter for a jury trial to begin on June 9, 2025 and the final pretrial conference to be held on May 1, 2025. The reason that the undersigned is requesting this 30-day extension of time to submit the pretrial documents is that the undersigned was just retained as lead trial counsel for Plaintiff. Accordingly, the undersigned needs this extension of time to familiarize himself with the case file and record and provide sufficient time for the parties to meet and confer about each of the joint pretrial documents before filing them with the Court. This is the first such request. Plaintiff respectfully requests that the Court extend the parties' time to submit the above pretrial documents from March 4, 2025 until April 3, 2025.

Plaintiff thanks the Court for its consideration herein.

                                              Respectfully Submitted,

                                              BRUSTEIN LAW PLLC

                                              _____*/s/ Evan Brustein*_____
                                              Evan Brustein, Esq.
                                              299 Broadway, 8th Floor
                                              New York, New York 10007
                                              (212) 233-3900

Application granted in part. Plaintiff's application for an extension of the deadline to provide the joint pretrial submissions is granted in part. The deadline for the parties to submit the pretrial materials outlined in the Court's August 27, 2024 order is extended to March 17, 2025. The deadline for pretrial submissions was established on August 27, 2024. The schedule allocated substantial time for the parties to meet the deadlines. Plaintiff's election to add a lawyer to her trial team late in the process does not provide good cause for an extension of the length requested.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 68.

SO ORDERED.

Dated: February 13, 2025
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                            United States District Judge