```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
SEEMA GULATI, :
:
Plaintiff, :   1:23-cv-3308-GHW
:
-v- :   ORDER
:
NOVOCURE INC., :
:
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 27, 2025, the Court ordered that the parties submit "a proposed brief, mutually acceptable description of the case, to be read to the venire," and "a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements." Dkt. No. 60. No such documents have been filed or otherwise provided to the Court. The parties are directed to comply with the Court's August 27, 2025 order forthwith and in any event no later than April 26, 2025.

SO ORDERED.

Dated: April 24, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge