```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                            :
SEEMA GULATI,                               :
                                            :
                              Plaintiff,    :       1:23-cv-3308-GHW
                                            :
              -v-                           :       ORDER
                                            :
NOVOCURE INC.,                              :
                                            :
                              Defendant.    :
                                            :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court held a final pretrial conference on the record on May 1, 2025. As discussed during the conference, the Court will hold a *Daubert* hearing on June 2, 2025 at 10:00 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. As discussed, the hearing concerns Defendant's fourth motion in limine, Dkt. No. 76, to limit the testimony of Plaintiff's proffered expert, Dr. Kishan Patel. Dr. Patel's attendance at the June 2, 2025 hearing is required. Further, Plaintiff is directed to file the relevant Fed. R. Civ. P. 26(a)(2) disclosures to the docket no later than one week following the date of this order.

    During the May 1, 2025 conference, the Court resolved the motions in limine at Dkt. Nos. 70, 72, 74, and 83. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 70, 72, 74, 83.

    SO ORDERED.

Dated: May 1, 2025
       New York, New York

                                                                           _____
                                                                         GREGORY H. WOODS
                                                                    United States District Judge