

299 Broadway
Suite 800
New York, New York 10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/24/2025
```

June 24, 2025

**MEMORANDUM ENDORSED**

By ECF:
Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: Gulati v. Novocure Inc. 23-CV-3308 (GHW)

Dear Your Honor,

My firm, previously represented Plaintiff Seema Gulati (hereinafter "Plaintiff") in this action. In that capacity, I write to thank the Court for its Order, dated June 19, 2025, and to advise the Court that based upon the Court's Order, the dispute regarding my firm's Charging Lien has been resolved. As such, there is no longer a need for my firm to submit a fee application to the Court, and accordingly, the conference scheduled for June 25, 2025 is moot. Therefore, I am respectfully requesting that the Court cancel tomorrow's conference.

Plaintiff thanks the Court for its assistance in this matter.

          Respectfully Submitted,

          BRUSTEIN LAW PLLC

           /s/ Evan Brustein
          Evan Brustein, Esq.
          299 Broadway, 8th Floor
          New York, New York 10007

(212) 233-3900

Application granted.  The conference scheduled for June 25, 2025 is adjourned *sine die*.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 136.

SO ORDERED.

Dated:  June 24, 2025
New York, New York

GREGORY H. WOODS
United States District Judge