```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                               :
SEEMA GULATI,                     :
                                               :
                           Plaintiff,    :         1:23-cv-3308-GHW
                                               :
             -v-                      :         <u>ORDER</u>
                                               :
NOVOCURE INC.,                  :
                                               :
                           Defendant.   :
                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The parties are ordered to file a letter to the docket no later than August 1, 2025 updating the Court on the status of this case.

       SO ORDERED.

Dated: July 30, 2025

                                                              _____
                                                                    GREGORY H. WOODS
                                                                  United States District Judge